**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | | |
|---|---|---|
| **JOSEPH P. CARSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No.  3:10-CV-57** |
| | ) | **(Phillips)** |
| **U.S. OFFICE OF SPECIAL COUNSEL,** | ) | |
| | ) | |
| **Respondent.** | ) | |


## <u>JUDGMENT ON DECISION BY THE COURT</u>


This case came before the court on the motion to dismiss the complaint filed

by respondent, U.S. Office of Special Counsel.  The Honorable Thomas W. Phillips, United

States District Judge, having rendered a decision on the respondent's motion,

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is

**GRANTED**; and that this action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of May 2010.


                        _____s/ Patricia L. McNutt_____
                        Clerk of Court